UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

James Reed
        Plaintiff,

v.        Case No.: 1:23−cv−01287
        Honorable John F. Kness

Circuit Court of Cook County, Illinois
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

    MINUTE entry before the Honorable John F. Kness: In the order at [9], the Court directed Plaintiff to file a status report on or before 5/28/2024. Plaintiff did not do so. Accordingly, the case is dismissed with prejudice for failure to provide proof of service and failure to prosecute. Enter separate final judgment order. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.