# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES REED as assignee of 7942 Country Club Inc. and as trustee of 7942 Country Club IRRV Trust, and individually,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUIT COURT OF COOK COUNTY, ILLINOIS, HON. TIMOTHY C. EVANS in his capacity as Senior Administrator of the Court, OFFICE OF THE TREASURER OF COOK COUNTY, and HON. MARIA PAPPAS as Supervisor of the Tax Collector of Cook County, IL,<br><br>Defendants. | No. 23-cv-01287<br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed with prejudice for failure to provide proof of service and failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness at the Court's instance on entry of an order of dismissal.

SO ORDERED in No. 23-cv-01287.

Date: May 31, 2024

_____
JOHN F. KNESS
United States District Judge

2